IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-427C
No. 07-365C

(Filed: June 13, 2007)

BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

The transfer of *d'Abrera v. Smithsonian*, No. 06 Civ. 3550, from the Southern District of New York to this court occurred on June 11, 2007. The Clerk of this court has designated the transferred case *d'Abrera v. United States*, No. 07-365C.

The court requests that the parties address in briefing: (1) whether these two cases should be consolidated, and (2) whether *d'Abrera v. United States*, 06-427C, should be dismissed pursuant to 28 U.S.C. § 1500. The court requests that plaintiffs' briefing of these issues be filed on or before July 3, 2007. Correspondingly, the court requests that defendant's briefing shall be filed on or before July 18, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge