The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 1 through 12 of 12.

◀ Previous Next ▶

**Resort results by:** Add Limits to Search Results

| # | Name Heading | Name: Main Author, Creator, etc. | Full Title | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | D'Abrera, Bernard | Barlow, Henry Sackville. | Introduction to the moths of South East Asia / by H.S. Barlow ; with plates by Bernard D'Abrera. | 1982 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL556.A785 B37 1982 | |
| ☐ [ 2 ] | D'Abrera, Bernard | Corbet, A. Steven (Alexander Steven), 1896-1948. | Butterflies of the Malay Peninsula / by A Steven Corbet and H.M. Pendlebury. | 1992 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL556.M4 C67 1992 | |
| ☐ [ 3 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Birdwing butterflies of the world / Bernard D'Abrera. | 1976 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL561.P2 D3 | |
| ☐ [ 4 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Afrotropical region / Bernard d'Abrera. | 1997 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL557.A1 D3 1997 fol. | |
| ☐ [ 5 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Afrotropical region / Bernard D'Abrera ; based on Synonymic catalogue of the butterflies of the Ethiopian region by R.H. Carcasson. | 1980 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | CALL NUMBER: QL557.A1 D3 1980 fol. | |
| ☐ [ 6 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Australian region. | 1971 |
| | ACCESS: | | C | |

EXHIBIT
tabbies
A

| | | | | |
|---|---|---|---|---|
| | Jefferson or Adams Bldg General or Area Studies Reading Rms | | | QL558 .D3 |
| ☐ [ 7 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Australian region / Bernard D'Abrera. | 1990 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL558 .D3 1990 fol. |
| ☐ [ 8 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Holarctic region / Bernard D'Abrera. | 1990 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL543 .D3 1990 fol. |
| ☐ [ 9 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the neotropical region / Bernard D'Abrera. | 1981 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL553.A1 D3 1981 fol. |
| ☐ [ 10 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Butterflies of the Oriental region / Bernard D'Abrera. | 1982 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL556.S67 D3 1982 fol. |
| ☐ [ 11 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Field companion to the butterflies of Australia and New Zealand / Bernard D'Abrera. | 1984 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL558 .D32 1984 |
| ☐ [ 12 ] | D'Abrera, Bernard | D'Abrera, Bernard. | Moths of Australia / [by] Bernard D'Abrera. | 1974 |
| | ACCESS: Jefferson or Adams Bldg General or Area Studies Reading Rms | | | CALL NUMBER: QL558 .D33 |

Clear Marked Records Retain Marked Records

◀ Previous Next ▶

| Save, Print or Email Records (View Help) | |
|---|---|
| **Select Records** | **Select Text or MARC Format:** Text (Brief Information) Press to SAVE or PRINT |
| All (this page only)<br>Selected (this page only)<br>Selected (across pages) | **Email Text (Full Info) to:** Press to SEND EMAIL |

**Revise Search:** d'abrera bernard **Select Type:** Author/Creator Browse

25 records per page Search Reset

Help - Search - History - Headings - **Titles** - Request - Account - Databases - Exit

**The Library of Congress**

**Library of Congress Online**

URL: http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/