First published in 1985 by
Hill House, c/o
Greening, Johson & Gilbert
Solicitors
37 Queen Street
Melbourne 3000
© Bernard D'Abrera 1984

Typeset by Setrite Typesetters, Hong Kong
Printed and bound by
Kyodo-Shing Loong Ltd. Singapore.

Designed by Derrick I. Stone Design
Index compiled by Sue Stokes

National Library of Australia
Cataloguing-in-publication Data

D'Abrera, Bernard, 1940–
Butterflies of the oriental region. Part 2.
Nymphalidae, Satyridae, Amathusidae.

Bibliography.
Includes index.
ISBN 0 9593639 1 2.

1. Butterflies — East Asia. I. Title.
II. Title: Nymphalidae, Satyridae,
Amathusidae.

595.78'9'095

The series
*Butterflies of the World*
by Bernard D'Abrera
ia an
HONOURABLE MENTION AWARD WINNER
OF THE ROLEX AWARDS
FOR ENTERPRISE 1984

MONTRES ROLEX
SA
1211 GENÈVE 21

EXHIBIT
B

First published in 1982 by
Hill House
High View Road, Ferny Creek
Victoria Australia
© Bernard D'Abrera 1982

Sole distribution in the U.K. by
E. W. Classey, Faringdon, Oxon.

Typeset by Meredith Trade Lino
Richmond Victoria Australia
Printed and bound in Hong Kong by
Dai Nippon

Designed and produced by
Derrick I. Stone Design

Index compiled by author
from a manuscript prepared by Sheila Halsey
of the British Museum (Natural History)

National Library of Australia
*Cataloguing-in-Publication data*

---

D'Abrera, Bernard, 1940—
Butterflies of the oriental region. Part 1.

Bibliography.
Includes index.
ISBN 0 9593639 0 4.

I. Butterflies — East Asia. I. Title.
595.78'9'095

First published in 1986 by
Hill House
c/o
Greening, Johson & Gilbert
Solicitors
37 Queen Street
Melbourne 3000
Victoria Australia

© Bernard D'Abrera 1986

Typeset by Setrite Typesetters, Hong Kong
Printed and bound by
Kyodo-Shing Loong Ltd, Singapore

Designed by Derrick I Stone Design
Index compiled by Sue Stokes

ISBN 0 9593639 4 7

The series
*Butterflies of the World*
by Bernard D'Abrera
is an
HONOURABLE MENTION AWARD WINNER
OF THE ROLEX AWARDS
FOR ENTERPRISE 1984

The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 10 of 12.

◀ Previous Next ▶

Brief Record | Subjects/Content | Full Record | MARC Tags

***Butterflies of the Oriental region / Bernard D'Abrera.***

**LC Control Number:** 82217884
**Type of Material:** Book (Print, Microform, Electronic, etc.)
**Brief Description:** D'Abrera, Bernard.
Butterflies of the Oriental region / Bernard D'Abrera.
Victoria, Australia : Hill House, in association with E.W. Classey, 1982-1986.
3 v. : col. ill. ; 35 cm.
**ISBN:** 0959363904

**CALL NUMBER:** QL556.S67 D3 1982 fol.
Copy 1
**-- Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
**-- Status:** Not Charged

◀ Previous Next ▶

| Save, Print or Email Records (View Help) | | |
|---|---|---|
| Select Download Format: | Text (Brief Information) | Press to SAVE or PRINT |
| Email Text (Full Info) to: | | Press to SEND EMAIL |

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit

**The Library of Congress**
URL: http://www.loc.gov/
*Mailing Address:*

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress**

101 Independence Ave, S.E.
Washington, DC 20540

Ask a Librarian

**Authorities**
*URL:* http://authorities.loc.gov/