The Library of Congress >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

Help | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Browse = d'abrera bernard
**SEARCH RESULTS:** Displaying 2 of 12.

◀ Previous Next ▶

Brief Record | Subjects/Content | Full Record | MARC Tags

***The butterflies of the Malay Peninsula / by A Steven Corbet and H.M....***

**LC Control Number:** 92946093
**Type of Material:** Book (Print, Microform, Electronic, etc.)
**Brief Description:** Corbet, A. Steven (Alexander Steven), 1896-1948.
The butterflies of the Malay Peninsula / by A Steven Corbet and H.M. Pendlebury.
4th ed. / rev. by J.N. Eliot ; with plates by Bernard d'Abrera.
Kuala Lumpur, Malaysia : Malayan Nature Society, 1992.
x, 595 p., 69 leaves of plates : ill. (some col.), maps ; 26 cm.
**ISBN:** 9839681052

**CALL NUMBER:** QL556.M4 C67 1992
Copy 1
**-- Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
**-- Status:** Not Charged

◀ Previous Next ▶

| **Save, Print or Email Records (View Help)** | |
|---|---|
| Select Download Format: Text (Brief Information) | Press to SAVE or PRINT |
| **Email Text (Full Info) to:** | Press to SEND EMAIL |

EXHIBIT
tabbies
C

Help - Search - History - Headings - Titles - Request - Account - Databases - Exit

The Library of Congress
URL:

Catalog/authority record errors?

Library of Congress Online Catalog

http://www.loc.gov/
*Mailing Address:*
101 Independence Ave, S.E.
Washington, DC 20540

Use our Error Report Form
**Questions about searching?**
Ask a Librarian

*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/