# *AN ILLUSTRATED CHECKLIST FOR THE BUTTERFLIES OF MYANMAR*

**Sponsored by:**

Smithsonian Institution

**Compiled by:**

**Stephen Kinyon**

EXHIBIT

D

tabbies