# Academy Library - Holdings

Back

Kinyon, Stephen.
A field guide to the butterflies of Myanmar /
[Yangon? : National Wildlife Conservation Dept.?, 2003?]
197 p. : all ill. ; 23 cm.

**Location** Main QL556.B93 K56 2003

Click on the "request" link to make a hold request for an item.
Scroll down for further location information.

Select year All Select volume All Select sublibrary CAS Go

| | Item status | Due date | Collection | Location | Description |
|---|---|---|---|---|---|
| Request Expand | Research Collection | On Shelf | Main | QL556.B93 K56 2003 | |
| Request Expand | Research Collection | On Shelf | Main | QL556.B93 K56 2003 | |

© 2004 Ex Libris

EXHIBIT
tabbies
E