# In the United States Court of Federal Claims

**07-365C**

**Filed: July 11, 2007**

**BERNARD d'ABRERA and HILL HOUSE PUBLISHERS PTY LTD.**

**v.**

**THE UNITED STATES**

**TRANSFER COMPLAINT**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.