IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BERNARD d'ABRERA and<br>HILL HOUSE PUBLISHERS PTY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 07-365 C<br><br>Judge Charles F. Lettow |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Scott Bolden as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Scott Bolden
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

OF COUNSEL:
LAURYN GUTTENPLAN
Smithsonian Institution

September 10, 2007