United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 5, 2008

Sally Wiggins, Esq.

Niro, Scavone, et al.

181 West Madison, Suite 4600

Chicago, IL 60602

In re: Bernard d'Abrera and Hill House Publishers Pty Ltd. v. The United States, Nos. 06-427 C and 07-365 C (consolidated)

Dear Ms. Wiggins:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 28, 2008, in favor of plaintiffs.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Scott David Bolden, Esq., Dept. Of Justice